352 U.S. 827, 77 S.Ct. 40.

S. H. P. VEVELSTAD and Aurora Nickel Company, a Corporation, petitioners,   v.   E. Miles FLYNN.

No. 128.

Supreme Court of the United States.

Oct. 8, 1956.

Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit.

Denied.